IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN O'MALLEY, FATHER,

      Appellant,

v.

ROBIN KLOB, MOTHER,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0259

_____/

Opinion filed September 16, 2016.

An appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

Caleb D. Rowland and William M Blume, Blume and Rowland, PLLC, Jacksonville, for Appellant.

Katherine B. Johnson of Zisser Law, PLLC, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.